IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COREY P.,[1] | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-cv-530-DWD |
| | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

This matter is before the Court pursuant to Plaintiff's Motion to Award Attorney Fees and Expenses (Doc. 31) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees and expenses, totaling $3,825.00, to satisfy any and all claims for attorney's fees and expenses payable to Plaintiff under the EAJA. The Acting Commissioner has responded, stating that he does not oppose the request. However, the Acting Commissioner requests that the Court's order include specific language, reflecting that the award to Plaintiff may be offset by any pre-existing debt owed to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 593 (2010).[2]

Under § 2412(b) of the EAJA, the Court may award reasonable attorney's fees and expenses to the prevailing party in any civil action brought against the United States, any agency of the United States, or any official of the United States acting in his or her official

---

[1] In keeping with the Court's practice, Plaintiff's full name will not be used in this Memorandum and Order due to privacy concerns. *See* Fed. R. Civ. P. 5.2(c) and the Advisory Committee Notes thereto.
[2] The Court presumes Plaintiff is proceeding under subsection (b) of § 2412.

capacity. *See* 28 U.S.C. § 2412(b). The United States is liable for such attorney's fees and expenses to the same extent as any other party under the common law or a statute specifically providing for such an award. *See id.* Except in a limited circumstance that is not applicable to this case, an award of attorney's fees and expenses under § 2412(b) is paid in accordance with sections 2414 and 2517 of Title 28. *See id.*; 28 U.S.C. § 2414, § 2517.

Here, the Court finds Plaintiff is the prevailing party in this civil action against the Commissioner of Social Security. The Court further finds an award of $3,825.00 to Plaintiff is reasonable. For these reasons, Plaintiff's Motion to Award Attorney Fees and Expenses (Doc. 31) is **GRANTED** as follows.

> Plaintiff is awarded $3,825.00 for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.
>
> Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). Because plaintiff has not provided an assignment, defendant will direct that the award be made payable to Corey Phillips. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: Law Office of Brent Gaines; 12 South Second Street; Belleville, IL 62220.[3]

**SO ORDERED.**

Dated: February 13, 2023

*/s/ David W. Dugan*

DAVID W. DUGAN
United States District Judge

---

[3] Plaintiff has not provided An EAJA assignment of fees.